**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Gregory HOLDEN, also known as Doug, Defendant–Appellant.**

**No. 06–20074**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Gregory Holden raises arguments that are foreclosed by *United States v. Robinson,* 119 F.3d 1205, 1208, 1215 (5th Cir.1997), which held that in Hobbs Act prosecutions based on local activities that affect interstate commerce, the Government need not prove that the effect of an individual defendant's conduct was substantial so long as the regulated activity, in the aggregate, could reasonably be thought to substantially affect interstate commerce. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.